1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTEN SANDERSON,<br><br>Defendant. | CASE NO. CR05-65RSM<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on October 16, 2007.  The United States was represented by Matthew Diggs.  The defendant was represented by Paula Deutsch.  The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

The defendant had been convicted of the offense of Felon in Possession of a Firearm on or about May, 20, 2005, before the Honorable Ricardo S. Martinez of this court.  The defendant was sentenced to 7 months of confinement, followed by 3 years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

1

2                     <u>DEFENDANT'S ADMISSION</u>

3       USPO Jeff Robson alleged that the defendant violated the conditions of supervised

4  release in six respects:

5       (1)    Using alcohol and marijuana on or about June 7, 2007 in violation of standard

6              condition number 3.

7       (2)    Failing to actively pursue a High School Equivalency Diploma or G.E.D. in

8              violation of special condition number 6.

9       (3)    Failing to work regularly at a lawful occupation since May, 2005, in violation

10             of special condition number 5.

11      (4)    Failing to report for random drug testing on July 5, 2007 and July 9, 2007, in

12             violation of special condition number 3.

13      (5)    Failing to participate as directed in a mental health program in violation of

14             special condition number 2.

15      (6)    Failing to submit monthly reports in the first five days of each month, from

16             January to July, 2007, in violation of standard condition number 2.

17

18  I advised the defendant of these charges and of his constitutional rights.  At today's hearing

19  the defendant admitted the violations one through six and waived any hearing as to whether

20  it occurred. The matter is set for a disposition hearing before the Honorable Ricardo. S.

21  Martinez.

22                 <u>RECOMMENDED FINDINGS AND CONCLUSIONS</u>

23      Based upon the foregoing, I recommend the court find that the defendant has violated

24  the conditions of his supervised release as alleged in the petition and set the matter for a

25  disposition hearing.

26

27

28
    SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
    TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
    PAGE -2-

1    The defendant has been detained pending a final determination by the court.

2    DATED this 16th day of October, 2007.

3

4

5

6

7    _____

U.S. Magistrate Judge, Monica J. Benton

8

9

10   cc:Sentencing Judge        :    Hon. Ricardo S. Martinez
        Assistant U.S. Attorney    :    Matthew Diggs
11      Defense Attorney           :    Paula Deutsch
        U. S. Probation Officer    :    Jeff Robson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3-