# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR05-65 RSM |
| v. ) | |
| ) | **PROPOSED FINDINGS OF FACT AND** |
| JUSTEN ROBERT SANDERSON, ) | **DETERMINATION AS TO ALLEGED** |
| ) | **VIOLATIONS OF SUPERVISED** |
| Defendant. ) | **RELEASE** |
| ) | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 19, 2008. The defendant appeared pursuant to a summons. The United States was represented by Matt Diggs, and defendant was represented by Paula Deutsch. Also present was U.S. Probation Officer Jeffrey S. Robson. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on May 20, 2005 for being a felon in possession of a firearm. He received 7 months of imprisonment and three years of supervised release.

## PRIOR VIOLATIONS

On November 2, 2007, defendant's term of supervision was revoked and he was sentenced to 180 days in custody, any portion of which to be served at a residential reentry center, followed by three years of supervised release. On May 13, 2008, defendant's supervision was revoked and he

was sentenced to time served followed by up to 180 days at a residential reentry center.

## PRESENTLY ALLEGED VIOLATION AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated June 24, 2008, Supervising U.S. Probation Officer Jeffrey S. Robson alleged that defendant violated the following condition of supervised release:

1. Failing to successfully participate in a residential reentry center by absconding on or about June 21, 2008 in violation of his special condition of supervised release.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed that the matter would be set for a disposition hearing before District Judge Ricardo S. Martinez.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the Court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing. No request for release was made and defendant remains in custody pending disposition.

DATED this 19th day of August, 2008.

s/ Brian A. Tsuchida
United States Magistrate Judge